UNITED STATES JUDICIAL PANEL  
on  
MULTIDISTRICT LITIGATION



FILED  
CLERK, U.S. DISTRICT COURT  
01/06/2020  
CENTRAL DISTRICT OF CALIFORNIA  
BY: _AP_ DEPUTY

IN RE: FORD MOTOR CO. DPS6 POWERSHIFT  
TRANSMISSION PRODUCTS LIABILITY  
LITIGATION    Master    MDL No. 2814

FILED  
Jan 07, 2020  
CLERK, U.S. DISTRICT COURT  
EASTERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −37)

On February 2, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 289 F.Supp.3d 1350 (J.P.M.L. 2018). Since that time, 424 additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Andre Birotte, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Birotte.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of February 2, 2018, and, with the consent of that court, assigned to the Honorable Andre Birotte, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 06, 2020

CLERK'S OFFICE  
UNITED STATES  
JUDICIAL PANEL ON  
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols  
Clerk of the Panel

I hereby attest and certify on 01/06/2020 that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

Andres Pedro  
DEPUTY CLERK

**IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**     MDL No. 2814

### SCHEDULE CTO−37 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 19−01770 | Marvin P. Staton et al v. Ford Motor Company et al  2:20-cv-00139 |
| CAE | 1 | 19−01773 | Jammie Kohen v. Ford Motor Company  2:20-cv-00141 |
| CAE | 2 | 19−02548 | Mendoza v. Ford Motor Company  2:20-cv-00143 |
| CAE | 2 | 19−02560 | Tomlin v. Ford Motor Company  2:20-cv-00144 |
| CAE | 2 | 19−02564 | Sigala et al v. Ford Motor Company  2:20-cv-00145 |